# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RYAN LANELL MCCRAY,

    Petitioner,

                               Civil No: 06-CV-12479
                               Honorable Patrick J. Duggan
                               Magistrate Judge Steven D. Pepe

v.

NICK LUDWICK,

    Respondent.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability" issued on this date,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus be, and the same hereby is, DENIED.

                               s/PATRICK J DUGGAN
                               UNITED STATES DISTRICT JUDGE

Date: June 15, 2009

Copies To:
Ryan McCray, #197588
c/o Saginaw County Parole Office
1835 Treanor Street
Saginaw, MI 48601

Brian O. Neill, Esq.